IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | | |
|---|---|---|
| SHAHID RIZWAN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 1:19-cv-00493-HAB-SLC |
| | ) | |
| STEAK N SHAKE INC., | ) | |
| | ) | |
| Defendant. | ) | |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff, Shahid Rizwan, and Defendant, Steak N Shake Inc., by their respective counsel, hereby stipulate to dismiss all claims in this matter with prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).  Each party shall bear his/its own costs and attorneys' fees. All parties have executed the Confidential Settlement Agreement and Release that was approved by the Court (Doc. 63). The parties have also agreed that the Court will retain jurisdiction to enforce the terms of their Agreement.

THE LAZZARO LAW FIRM LLC

OGLETREE, DEAKINS, NASH,
 SMOAK & STEWART, P.C.

By:  */s/ David J. Steiner w/ consent*
 David J. Steiner, pro hac vice
 34555 Chagrin Blvd.
 Mooreland Hills, OH 44022
 david@lazzarolawfirm.com

 Samuel L. Bolinger
 803 South Calhoun Street
 Suite 300
 Fort Wayne, IN  46802
 mark@slblawfirm.org

 Counsel for Plaintiff

By:  *s/ Bonnie L. Martin*
 Bonnie L. Martin, Atty. No. 20248-18
 Jordan M. Heck, Atty. No. 35692-82
 300 North Meridian Street, Suite 2700
 Indianapolis, IN  46204
 Telephone: 317.916.1300
 Facsimile: 317.916.9076
 *bonnie.martin@ogletreedeakins.com*
 *jordan.heck@ogletreedeakins.com*

 Counsel for Defendant

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on July 27, 2022, a copy of the foregoing was filed electronically. Notice of this filing will be sent to the following parties by operation of the Court's CM/ECF system.

David J. Steiner, pro hac vice
34555 Chagrin Blvd.
Mooreland Hills, OH 44022
david@lazzarolawfirm.com

Samuel L. Bolinger
803 South Calhoun Street
Suite 300
Fort Wayne, IN  46802
mark@slblawfirm.org

*s/ Bonnie L. Martin*

Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
300 North Meridian Street, Suite 2700
Indianapolis, IN  46204
Telephone:  317.916.1300
Facsimile:  317.916.9076